EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2312529*

Index no : **19cv557(DRH)(GRB)**

| Plaintiff: | **James Jenkins** |
|---|---|
| Defendant: | **County of Nassau; Police Officer Daniel P. Concannon, Shield #3808; Police Officer Robert D. Galgano, Shield #2774; and Police Officers John Doe # 1-5, Shield numbers unknown** |

STATE OF NEW YORK COUNTY OF NEW YORK      ss.:

**ANDREW LINDAUER**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **02/01/2019** at **10:12 AM**, I served the within **Complaint & Jury Trial Demand, Civil Cover Sheet, Summons, Individual Practice Rules of Judge Denis R. Hurley and Individual Rules of Magistrate Judge Gary R. Brown** on **Police Officer Robert D. Galgano, Shield #2774** at C/O Nassau County Police Department, Fifth Precinct, 1655 Dutch Broadway, Elmont, NY 11003 in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **ROSE BRUY**, a person of suitable age and discretion.

A description of the **DEFENDANT**, or other person served on behalf of the **DEFENDANT** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 65 | 5'3" | 130 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
02/04/2019

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2022

X _____
ANDREW LINDAUER
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

