UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JAMES JENKINS,

                            Plaintiff,                        19 Civ. 557

              -against-                         **NOTICE OF**
                                                          **APPEARANCE**

  COUNTY OF NASSAU et al.,

                         Defendants.

-------------------------------------------------------------------x


       PLEASE TAKE NOTICE that Douglas E. Lieb of KAUFMAN LIEB LEBOWITZ &

FRICK LLP hereby appears as counsel for Plaintiff in the above-captioned case and

requests that all papers filed through the ECF system be served upon him by e-mail at

dlieb@kllf-law.com.


Dated: June 18, 2020
      New York, New York


                                KAUFMAN LIEB LEBOWITZ &
                                FRICK LLP

                                By:  _____/s/_____

                                Douglas E. Lieb
                                10 East 40th Street, Suite 3307
                                New York, New York 10016
                                (212) 660-2332
                                dlieb@kllf-law.com

                                *Attorneys for Plaintiff*