**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAMES JENKINS,

              Plaintiff,

   - against -

COUNTY OF NASSAU; Police Officer
DANIEL P. CONCANNON, Shield #3808;
and Police Officer ROBERT D. GALGANO,
Shield #2774,

              Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 19-557 (GRB)

      A Bench Trial Decision and Order of Honorable Gary R. Brown, United States District Judge, having been filed on May 18, 2021; directing the Clerk to enter judgment in favor of plaintiff in the total amount of $40,000, representing $10,000 in compensatory damages (for which defendants are jointly and severally liable), $20,000 in punitive damages against defendant Police Officer Robert D. Galgano, and $10,000 in punitive damages against defendant Police Officer Daniel P. Concannon, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff James Jenkins in the total amount of $40,000, representing $10,000 in compensatory damages for which defendants County of Nassau, Police Officer Robert D. Galgano, and Police Officer Daniel P. Concannon are jointly and severally liable, $20,000 in punitive damages against defendant Police Officer Robert D. Galgano, and $10,000 in punitive damages against defendant Police Officer Daniel P. Concannon.

Dated: May 20, 2021
      Central Islip, New York

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT
                              BY:    /s/ JAMES J. TORITTO
                                              DEPUTY CLERK